**United States District Court**
*Eastern District of Missouri*
*111 S. 10th Street, Rm.3.300*
*St. Louis, Missouri 63102*

*James G. Woodward*
*Clerk of Court*

*Phone: 314-244-7900*

IN RE: THE BUSINESS OF THE COURT

# ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following passports to the United States Department of State, Office of Passport Policy and Advisory Services, 2100 Pennsylvania Avenue NW, 3rd Floor, Washington, DC 20037:

| Defendant Name | Passport Number | Case Number | JCC Date |
| --- | --- | --- | --- |
| Katroy Von Mathieu | 135327252 | 4:08-cr-00155-DJS-1 | 01/29/2009 |
| Monice Nguyen | 300407284 | 4:08-cr-00626-CDP-1 | 01/23/2009 |
| James B. Norris, Jr. | 215331816 | 4:08-cr-00238-SNLJ-1 | 02/18/2009 |
| Guy Rosinbaum | 132459930 | 4:05-cr-00665-JCH-1 | 02/27/2009 |
| Kenneth R. Timmons | 217432626 | 4:08-cr-00589-CDP-1 | 01/28/2009 |

Dated this 12th day of March, 2009

Carol E. Jackson
United States District Judge